Mark Punzalan (State Bar No. 247599)
Email: mark@chanpunzalan.com
Stephen Stanwood (State Bar No. 316661)
Email: stephen@chanpunzalan.com
CHAN PUNZALAN LLP
2000 Alameda de las Pulgas, Suite 154
San Mateo, CA 94403
Telephone: 650.362.4150
Facsimile: 650.362.4151

*Counsel for Plaintiff Pictures Words, Inc.
dba NewMe Fitness*

Stuart J. West (SBN: 202041)
court@westpatentlaw.com
WEST & ASSOCIATES, A PC
2815 Mitchell Dr., Suite 209
Walnut Creek, CA 94598
925.262.2220

*Counsel for Defendant
CM Sales Services and Marketing, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PICTURES WORDS, INC., a California corporation doing business as NEWME FITNESS,<br><br>    Plaintiff and<br>    Counter-Defendant,<br>vs.<br><br>CM SERVICES SALES AND MARKETING GROUP, INC., a Florida corporation,<br><br>    Defendant and<br>    Counter-Claimant. | Case No. 3:18-cv-02234-JCS<br><br>**STIPULATION OF DISMISSAL**<br><br>Judge: Chief Magistrate Judge Joseph C. Spero<br>Action Filed: April 13, 2018 |

# STIPULATION OF DISMISSAL

Plaintiff and Counter-Defendant Pictures Words, Inc. and Defendant and Counter-Claimant CM Services Sales and Marketing Group, Inc., by and through their respective counsel, hereby notify the Court that this matter has settled. The parties therefore submit this stipulation pursuant to Federal Rule 41(a)(1)(A)(ii) for voluntary dismissal of the entire action, including counterclaims, with prejudice and with each party to bear its own attorneys' fees and costs.

Dated: January 22, 2018    /s/ Mark Punzalan

Mark Punzalan (SBN: 247599)
mark@chanpunzalan.com
Stephen Stanwood (SBN: 316661)
stephen@chanpunzalan.com
CHAN PUNZALAN LLP
2000 Alameda de las Pulgas, Suite 154
San Mateo, CA 94403
650.362.4150

*Counsel for Plaintiff and Counter-Defendant, Pictures Words, Inc. d.b.a. NewMe Fitness*

Dated: January 22, 2018    /s/ Stuart J. West

Stuart J. West (SBN: 202041)
court@westpatentlaw.com
WEST & ASSOCIATES, A PC
2815 Mitchell Dr., Suite 209
Walnut Creek, CA 94598
925.262.2220

*Counsel for Defendant and Counter-Claimant, CM Sales Services and Marketing, Inc.*

Dated: January 23, 2019

**GRANTED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## E-FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories listed above.

/s/ Stephen Stanwood